**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 25-cv-3078-WJM-KAS

JESUS MORALES LOPEZ

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as warden
of the Aurora Contract Detention Facility, *et al*.

      Respondents.

---

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE
AND SETTING ORAL ARGUMENT**

---

Before the Court is Petitioner Jesus Morales Lopez's Petition for Writ of Habeas Corpus and Motion for Order to Show Cause brought pursuant to 28 U.S.C. § 2241 ("Petition") (ECF No. 1).

The Court orders Respondents Juan Baltazar, Warden of Aurora Contract Detention Facility, Robert Guadian, Field Office Director of Denver Field Office of U.S. Immigration & Customs Enforcement ("ICE"), Todd Lyons, Acting Director of ICE, Kristi Noem, Secretary of the U.S. Department of Homeland Security, and Pamela Bondi, Attorney General of the United States, to show cause why the Petition should not be granted by no later than **October 27, 2025**.  Petitioner Morales Lopez shall file a reply in support of his Petition by no later than **November 12, 2025**.

Oral Argument on the Petition is hereby **SET for <u>November 20, 2025 at 10:00 a.m</u>**. in Courtroom A801.

Dated this 7th day of October, 2025.

BY THE COURT:

William J. Martinez
Senior United States District Judge