**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 25-cv-3078-WJM-KAS

JESUS MORALES LOPEZ

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as warden
of the Aurora Contract Detention Facility, *et al*.

      Respondents.

---

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE
AND SETTING ORAL ARGUMENT**

---

Before the Court is Petitioner Jesus Morales Lopez's First Amended Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2241 ("Petition") (ECF No. 31).

The Court orders Respondents Juan Baltazar, Warden of Aurora Contract Detention Facility, Robert Guadian, Field Office Director of Denver Field Office of U.S. Immigration & Customs Enforcement ("ICE"), Todd Lyons, Acting Director of ICE, Kristi Noem, Secretary of the U.S. Department of Homeland Security, and Pamela Bondi, Attorney General of the United States, to show cause why the Petition should not be granted by no later than **December 3, 2025**. Petitioner Morales Lopez shall file a reply in support of his Petition by no later than **December 12, 2025**.

Oral Argument on the Petition is hereby **SET for <u>December 18, 2025 at 9:30 a.m</u>**. in Courtroom A801.

Dated this 17th day of November, 2025.

BY THE COURT:

William J. Martinez
Senior United States District Judge