**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03078-WJM-KAS

JESUS MORALES LOPEZ,

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of Aurora Contract Detention Facility,
ROBERT GUADIAN, in his official capacity as Field Office Director of the Denver Field Office of U.S. Immigration and Customs Enforcement,
TODD LYONS, in his official capacity as the Acting Director of U.S. Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as Secretary of U.S. Department of Homeland Security, and
PAMELA BONDI, in her official capacity as the Attorney General for the United,

    Respondents.

---

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Amended Habeas Corpus Petition [ECF 47] entered by United States District Judge William J. Martínez on January 5, 2026, it is

ORDERED that Petitioner's Amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 31] is GRANTED. It is further

ORDERED that Petitioner's Emergency Motion to Enforce Court Order and for Immediate Release [ECF 42] is DENIED AS MOOT. It is further

ORDERED that Petitioner shall have his costs in compliance with Local Rule 54.1. It is further

ORDERED that should the Petitioner believe he has a good faith basis to seek attorney fees pursuant to the Equal Access to Justice Act, *see Daley v. Ceja*, 158 F.4th 1152 (10th Cir. 2025), he is GRANTED leave to file a motion seeking same, along with all supporting documentation, by no later than **January 26, 2026**. Respondents shall file a response by no later than **February 9, 2026**, and Petitioner shall file a reply by no later than **February 17, 2026.**

This case will be closed.

DATED at Denver, Colorado, this 5th day of January, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: _____
H. Guerra, Deputy Clerk